**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01661-OES

RUSSELL M. BOLES,

      Plaintiff,

v.

RICHARD DANSDILL,
LT. PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
MIKE LAVOTO,
DONA ZAVISLAN,
GLORIA MASTERSON,
ANTHONY A. DECESARO,
ALL EMPLOYEES OF THE DEPT. OF CORRECTIONS,
ALL EMPLOYEES CLINICAL SERVICES FOR THE DOC, and
ALL EMPLOYEES OF THE PHARMACY SERVING THE DOC,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's September 21, 2005, motion for reconsideration of the order filed on September 8, 2005, denying Plaintiff's motion for preliminary injunction and temporary restraining order is DENIED.

Dated:  September 22, 2005

---

Copies of this Minute Order mailed on September 22, 2005, to the following:

Russell M. Boles
Prisoner No. 90379
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215- 0999

                                    Secretary/Deputy Clerk