IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

NOV - 9 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01661-OES

RUSSELL M. BOLES,

       Plaintiff,

v.

RICHARD DANSDILL,
LT. PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
MIKE LAVOTO,
DONA ZAVISLAN,
GLORIA MASTERSON,
ANTHONY A. DECESARO,
ALL EMPLOYEES OF THE DEPT. OF CORRECTIONS,
ALL EMPLOYEES CLINICAL SERVICES FOR THE DOC, and
ALL EMPLOYEES OF THE PHARMACY SERVING THE DOC,

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion to amend the caption of this action and to eliminate Defendants and claims reflecting changes to the action made in the amended prisoner complaint Plaintiff submitted on November 8, 2005, together with other miscellaneous documents. The motion is GRANTED. However, the Court will not consider the Plaintiff's amended complaint and other miscellaneous documents filed on November 8. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to comply with the September 23, 2005, order for an amended complaint and to show cause by submitting one final, cohesive, prisoner complaint that complies with the directives in the September 23 order. Failure to comply with this minute order

and with the September 23 order within the time allowed will result in the dismissal of the instant action.

Dated: November 9, 2005

---

Copies of this Minute Order mailed on November 9, 2005, to the following:

Russell M. Boles
Prisoner No. 90379
Fremont Corr. Facility
PO Box 999 – Unit 2
Canon City, CO 81215- 0999

_____
Secretary/Deputy Clerk