IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01661-OES

RUSSELL M. BOLES,

       Plaintiff,

v.

RICHARD DANSDILL,
LT. PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
MIKE LAVOTO,
DONA ZAVISLAN,
GLORIA MASTERSON,
ANTHONY A. DECESARO,
ALL EMPLOYEES OF THE DEPT. OR CORRECTIONS,
ALL EMPLOYEES CLINICAL SERVICES FOR THE DOC, and
ALL EMPLOYEES OF THE PHARMACY SERVING THE DOC,

       Defendants.

## ORDER TO CURE DEFICIENCY

Schlatter, Magistrate Judge

    Plaintiff submitted a Notice of Appeal on October 21, 2005.  The court has determined that the document is deficient as described in this order.  plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     <u>X</u>    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     <u>X</u>    is not submitted
     <u>  </u>    is missing affidavit

1

    ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___ is missing required financial information
    ___ is missing an original signature by the prisoner
    ___ is not on proper form (must use the court's current form)
    ___ other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __22__ day of December, 2005.

BY THE COURT:

s/ O. Edward Schlatter

MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF
COLORADO