IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01661-BNB

RUSSELL M. BOLES,

    Plaintiff,

v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
GLORIA MASTERSON, and
ANTHONY A. DECESARO,

    Defendants.

## ORDER REINSTATING AND DRAWING CASE TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on October 5, 2006, this civil action is reinstated. The action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on October 5, 2006. It is

FURTHER ORDERED that this action shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 12 day of Oct., 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01661-BNB

Russell M. Boles
Reg. No. 90379
Arrowhead Corr. Center
P.O. Box 300 – Unit D
Canon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/13/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk