IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01661-PSF-CBS

RUSSELL M. BOLES,
    Plaintiff,
v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
GLORIA MASTERSON, and
ANTHONY A. DECESARO,
    Defendants.
_____

ORDER
_____

    This civil action comes before the court on remand from the Tenth Circuit Court of Appeals. (*See* Mandate (doc. # 54, filed October 5, 2006); Order Reinstating and Drawing Case to a District Judge and a Magistrate Judge (doc. # 55, filed October 13, 2006); Order of Reference to United States Magistrate Judge (doc. # 58, filed October 20, 2006)).

    On October 23, 2006, Boles filed a document entitled "Judicial Notice and Request for Leave to Move Forward on Post Appeal Proceedings" (doc. # 59), wherein Boles indicates that he will "need at least 60 days to formulate a new sec. 1983 claim form."

    The court having reviewed the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    A Status Conference is **set on Thursday November 16, 2006 at 11:15 a.m.** in Courtroom A-402, Fourth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The purpose of the status conference is to consider the nature and status of the case, any formulation of "a new sec. 1983 claim form," what discovery, if any, will be needed, and the timing for the filing of any motions, among other things.

    2.    **Boles and/or his case manager shall arrange for his participation via**

**telephone and shall call (303) 844-2117 at the scheduled time.**

      3.    Pursuant to doc. # 59 filed by Boles on October 23, 2006, **Plaintiff's current address is:**

      **Sterling Correctional Facility (Minimum Section)**
      **P.O. Box 6000, SCF-35**
      **Sterling, CO 80751**

DATED at Denver, Colorado, this 25th day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge