IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01661-PSF-CBS

RUSSELL M. BOLES,
    Plaintiff,
v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
GLORIA MASTERSON, and
ANTHONY A. DECESARO,
    Defendants.
_____

ORDER
_____

    This civil action comes before the court on: (1) Mr. Boles' "Motion for Extension of Time to File Response to Defendants' Partial Motion to Dismiss (filed February 2, 2007) (doc. # 84); (2) Mr. Boles' "Motion to Change Order for Arrangement of the Preliminary Scheduling Conference" (filed January 22, 2007) (doc. # 81); (3) Mr. Boles' "Motion to Attach and Include Addendum D. Cause of Action – Supplemental Statement of Facts to Tendered Amended Complaint" (filed January 22, 2007) (doc. # 80); and (4) Mr. Boles' "Motion to Amend Operative Complaint" (filed January 22, 2007) (doc. # 79). Pursuant to the Order of Reference to United States Magistrate Judge dated October 20, 2006 (doc. # 58) and the memoranda dated January 23, 2007 (doc. # 82) and February 5, 2007 (doc. # 85), these matters were referred to the Magistrate Judge. The court having reviewed the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Mr. Boles' "Motion for Extension of Time to File Response to Defendants' Partial Motion to Dismiss (filed February 2, 2007 (doc. # 84) is GRANTED. Mr. Boles may file his response to Defendants' Partial Motion to Dismiss on or before Monday February

12, 2007.

2.     Mr. Boles' "Motion to Change Order for Arrangement of the Preliminary Scheduling Conference" (filed January 22, 2007) (doc. # 81) is DENIED.  Boles and/or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time for the Preliminary Scheduling Conference.

3.     Mr. Boles' "Motion to Attach and Include Addendum D. Cause of Action – Supplemental Statement of Facts to Tendered Amended Complaint" (filed January 22, 2007) (doc. # 80) is GRANTED.  The court shall treat Mr. Boles' Addendum D. Cause of Action – Supplemental Statement of Facts as attached to his tendered Amended Complaint (doc. # 79-2).

4.     The court will address Mr. Boles' "Motion to Amend Operative Complaint" (filed January 22, 2007) (doc. # 79) at the Preliminary Scheduling Conference scheduled on Monday March 19, 2007 at 10:00 a.m.

DATED at Denver, Colorado, this 5th day of February, 2007.

BY THE COURT:

    s/Craig B. Shaffer        
United States Magistrate Judge