IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01661-PSF-CBS

RUSSELL M. BOLES,

    Plaintiff,

v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY,
MICHAEL S. WALSH,
GLORIA MASTERSON, and
ANTHONY A. DECESARO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pursuant to District Judge Figa's "Order on Recommendation of Magistrate Judge Entered May 29, 2007" (*doc. no. 125)*,

    IT IS HEREBY ORDERED that a preliminary scheduling conference is set for **November 15, 2007,** at **9:15 a.m.,** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

**DATED:**    September 24, 2007