IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01661-PSF-CBS

RUSSELL M. BOLES,
    Plaintiff,
v.

RICHARD DANSDILL, et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Boles' "Motion to Correct Caption" (filed October 25, 2007) (doc. # 130). Pursuant to the Order of Reference dated October 20, 2006 (doc. # 58) and the memorandum dated October 26, 2007 (doc. # 131), this matter was referred to the Magistrate Judge. The court having reviewed the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Boles' "Motion to Correct Caption" (doc. # 130) is GRANTED and the caption shall reflect:

    RUSSELL M. BOLES
        Plaintiff,
v.

    RICHARD DANSDILL,
    LT. CHARLES PEOPLES,
    TOM MALLARY,
    TIMOTHY CREANY,
    MICHAEL S. WALSH,
        Defendants.

DATED at Denver, Colorado, this 29th day of October, 2007.

                                            BY THE COURT:

                                            __s/Craig B. Shaffer_____
                                            United States Magistrate Judge