IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,
    Plaintiff,
v.

RICHARD DANSDILL, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Boles' "Motion" (filed February 8, 2008) (doc. # 144). Pursuant to the Order of Reference dated October 20, 2006 (doc. # 58) and the memorandum dated February 11, 2008 (doc. # 146), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, Defendants' Response (filed February 11, 2008) (doc. # 145), and the entire case file and is sufficiently advised in the premises.

    Mr. Boles seeks "a directive to the warden" of Sterling Correctional Facility "to provide me with a working typewriter or wordprocessor and adequate law library time." Defendants do not object to Mr. Boles serving handwritten discovery requests. Mr. Boles indicates that he has "had (4) four two hour appointments to access the law library in the last nine or ten weeks." Accordingly,

    IT IS ORDERED that Mr. Boles' "Motion" (filed February 8, 2008) (doc. # 144) is DENIED as unnecessary.

DATED at Denver, Colorado, this 12th day of February, 2008.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge