IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,
    Plaintiff,
v.

RICHARD DANSDILL, et al.,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on: (1) Mr. Boles' "Motion Concerning Legal Papers" (filed June 2, 2008) (doc. # 156); and (2) Mr. Boles' "Motion for Enlargement of Time to File Reply to Defendant[s'] Motion for Summary Judgment" (filed July 3, 2008) (doc. # 161). Pursuant to the Order of Reference dated October 20, 2006 (doc. # 58) and the memoranda dated July 3, 2008 (doc. # 160) and July 7, 2008 (doc. # 162), these matters were referred to the Magistrate Judge. The court has reviewed Mr. Boles' Motions and the entire case file and is sufficiently advised in the premises.

Mr. Boles seeks a 40-day extension of time to respond to Defendants' pending Motion for Summary Judgment (doc. # 157), based on the delay he has experienced in reorganizing his legal papers after a "cell shake down." While Mr. Boles initially requested duplicate copies of the court's entire file, he has since completed some sorting of his papers and has not yet identified what duplicates he may need.

Accordingly, IT IS ORDERED that:

1. Mr. Boles' "Motion for Enlargement of Time to File Reply to Defendant[s'] Motion for Summary Judgment" (filed July 3, 2008) (doc. # 161) is GRANTED. **Mr. Boles' response to Defendants' Motion for Summary Judgment shall be filed on or before August 13, 2008**.

1

2. Mr. Boles'"Motion Concerning Legal Papers" (filed June 2, 2008) (doc. # 156) is DENIED as unnecessary.

DATED at Denver, Colorado, this 8th day of July, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge