**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,

       Plaintiff,

v.

RICHARD DANSDILL, et al.,

       Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion for Temporary Stay Due to Interference With Litigation (Doc 187 - filed January 5, 2009) is **GRANTED**. This matter is STAYED **to January 30, 2009**. Plaintiff has **up to and including February 20, 2009** to file his objections to the Magistrate Judge's Recommendation.

Dated: January 7, 2009
_____