IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,

Plaintiff,

v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY, and
MICHAEL S. WALSH,

Defendants.
_____

ORDER
_____

On December 11, 2008 the magistrate judge issued his recommendation (Doc 184) that defendants' Motion for Summary Judgment (Doc 157) be granted and that summary judgment be entered on the Second Amended Complaint in favor of defendants and against plaintiff with each party to pay their respective costs and fees. By Minute Order entered January 7, 2009 (Doc 188) I granted plaintiff's Motion for Temporary Stay Due to Interference with Litigation and granted the plaintiff up to and including February 20, 2009 to file his objections to the magistrate judge's recommendation. Plaintiff has failed to timely file objections to the magistrate judge's recommendation. Plaintiff is thus barred from *de novo* review. Accordingly,

IT IS ORDERED that defendants' Motion for Summary Judgment (Doc 157) is GRANTED and summary judgment shall enter on the Second Amended Complaint in favor

of defendants and against plaintiff with each party to bear their respective costs and fees.

BY THE COURT:


  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED: January 21, 2009