IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,

    Plaintiff,

v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY, and
MICHAEL S. WALSH,

    Defendants.

_____

ORDER
_____

Upon Plaintiff's Motion for Reconsideration (Doc 191), it is

ORDERED that the Order (Doc 189) and the Judgment (Doc 190) are VACATED as improvidently entered. Plaintiff's objections to the Magistrate's Recommendation are due **on or before February 20, 2009**.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: January 28, 2009