**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,

    Plaintiff,

v.

RICHARD DANSDILL, et al.,

    Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Reconsideration of Judgment (Doc 193 - filed January 19, 2009) is **DENIED AS MOOT**. The Order (Doc 189) and Judgment (Doc 190) were vacated by Order entered January 28, 2009 (Doc 192).

Dated: February 3, 2009
_____