IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 05-cv-01661-LTB-CBS

RUSSELL M. BOLES,

    Plaintiff,

v.

RICHARD DANSDILL,
LT. CHARLES PEOPLES,
TOM MALLARY,
TIMOTHY CREANY, and
MICHAEL S. WALSH,

    Defendants.

_____

ORDER
_____

This case is before me on the Recommendation of the Magistrate Judge that Defendants' Motion for Summary Judgment (Doc 157) be granted and that summary judgment be entered on the Second Amended Complaint in favor of Defendants and against Plaintiff with each party to pay their own costs and fees.

Plaintiff has now filed timely specific objections to the Magistrate Judge's Recommendation. I have therefore reviewed the thorough and comprehensive recommendation of the Magistrate Judge *de novo* in light of the objections to it and the file and record in this case. On *de novo* review I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc 157) is GRANTED and summary judgment shall enter in favor of Defendants and against Plaintiff on the Second Amended Complaint with each party to bear their respective costs and fees.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 23, 2009